**No. 09-797. David C. Rodearmel, Appellant v. Hillary Rodham Clinton, Secretary of State, et al.**

561 U.S. 1023, 130 S. Ct. 3536, 177 L. Ed. 2d 1088, 2010 U.S. LEXIS 5413.

June 28, 2010. Motion of appellant to vacate and remand denied.

**No. 09-868. Ashbel T. Wall, II, Director, Rhode Island Department of Corrections, Petitioner v. Khalil Kholi.**

561 U.S. 1023, 130 S. Ct. 3536, 177 L. Ed. 2d 1088, 2010 U.S. LEXIS 5346.

June 28, 2010. Motion of respondent for appointment of counsel granted. Judith H. Mizner, Esq., of Boston, Massachusetts, is appointed to serve as counsel for the respondent in this case.

**No. 09-1159. Board of Trustees of the Leland Stanford Junior University, Petitioner v. Roche Molecular Systems, Inc., et al.**

561 U.S. 1023, 130 S. Ct. 3536, 177 L. Ed. 2d 1088, 2010 U.S. LEXIS 5372.

June 28, 2010. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

**No. 09-10916. Robert A. Heghmann, Petitioner v. Timothy F. Geithner, Secretary of the Treasury, et al.**

561 U.S. 1023, 130 S. Ct. 3536, 177 L. Ed. 2d 1088, 2010 U.S. LEXIS 5481.

June 28, 2010. Motion of petitioner for leave to proceed in forma pauperis denied.

Petitioner is allowed until July 19, 2010, within which to pay the docketing fees required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 09-10968. Po Kee Wong, Petitioner v. United States.**

561 U.S. 1023, 130 S. Ct. 3536, 177 L. Ed. 2d 1088, 2010 U.S. LEXIS 5514,

June 28, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until July 19, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 09-115. Chamber of Commerce of the United States, et al., Petitioners v. Michael B. Whiting, et al.**

561 U.S. 1024, 130 S. Ct. 3498, 177 L. Ed. 2d 1088, 2010 U.S. LEXIS 5321.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit granted.

Same case below, 558 F.3d 856.